ACCEPTED
03-14-00655-CR
4986111
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/22/2015 12:02:37 PM
JEFFREY D. KYLE
CLERK

## NO.  03-14-00655-CR

| | | |
|---|---|---|
| **NATHANIEL J. FRAZIER, JR.** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **VS.** | § | **THIRD DISTRICT** |
| | § | |
| **STATE OF TEXAS** | § | **OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/22/2015 12:02:37 PM
JEFFREY D. KYLE
Clerk

### APPELLANT'S THIRD MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes NATHANIEL J. FRAZIER, JR. AKA NATHANIEL J. FRAZIER, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 391ST Judicial District Court of TOM GREEN County, Texas.

3.      The case below was styled the STATE OF TEXAS vs. NATHANIEL J. FRAZIER, JR. AKA NATHANIEL J. FRAZIER, and numbered D-13-0958-SA.

4.      Appellant was convicted of Assault family/house member impede breath/circulation, enhanced to a second degree felony.

5.      Appellant was assessed a sentence of Eighteen (18) years confinement in the Institutional Division of the Texas Department of Criminal Justice on July 15, 2014.

6.    Notice of appeal was given on October 14, 2014.

7.    The clerk's record was filed on November 21, 2014; the reporter's record was filed on November 5, 2014.   Counsel for the Appellant initially requested the entire clerk's record.   On January 12, 2015, this Honorable Court sent a letter to the clerk notifying them that the supplemental clerk's record was late. The original clerk's record that was filed with this Honorable Court was missing numerous motions, pretrial hearing documents, as well as trial documents, such as the jury charge.   Counsel for Appellant again requested the entire clerk's record, specifically marking items that were not included.   The supplemental clerk's record was filed March 17, 2015.

8.    The appellant's brief is presently due on April 22, 2015.

9.    Appellant requests an extension of time of 15 days from the present due date, i.e. May 7, 2015.

10.    This will be the third extension to file the brief under this cause.

11.    Defendant is currently incarcerated.

12.    Appellant relies on the following facts as good cause for the requested extension:

An immediate family member of the undersigned was recently hospitalized. The hospitalization and after-care resulted in the undersigned being unable to complete the brief of the Appellant.   The undersigned submits that a short of

extension of time would allow him finalize, review and edit Appellant's brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Third Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Ellis & Mock, PLLC
125 South Irving Street
San Angelo, Texas 76903
Tel: (325) 486-9800
Fax: (325) 482-0565

By: /s/ Justin S. Mock
    JUSTIN S. MOCK
    State Bar No. 24064155
    Justin@ellisandmock.com
    Attorney for NATHANIEL J. FRAZIER,
    JR., AKA NATHANIEL J. FRAZIER

## CERTIFICATE OF CONFERENCE

This is to certify that on April 21, 2015, Mr. Jason Ferguson, Assistant District Attorney, District Attorney's Office, Tom Green County, advised he is not opposed to this request.

/s/Justin S. Mock
JUSTIN S. MOCK

## CERTIFICATE OF SERVICE

This is to certify that on April 22, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Tom Green County, Mr. Jason Ferguson, by facsimile transmission to 325-658-6813.

/s/ Justin S. Mock
JUSTIN S. MOCK

| STATE OF TEXAS | § |
| --- | --- |
| | § |
| COUNTY OF TOM GREEN | § |

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared JUSTIN S. MOCK, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Appellant's Third Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

/s/ Justin S. Mock
JUSTIN S. MOCK
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on <u>April 22, 2015</u>, to certify which witness my hand and seal of office.

/s/ Linda Robles
Notary Public, State of Texas